**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA  92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***
(additional attorneys on signature page)

APPROVED
Beth Labson Freeman
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAMMINO, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>THE KROGER CO.;<br><br>            Defendant. | CASE NO**:** 5:21-CV-02933-BLF<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable Beth L. Freeman<br><br>Action Filed:  April 22, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Gammino voluntarily dismisses the above captioned action without prejudice.

Respectfully Submitted,

DATED: June 22, 2021                     /s/ *Ronald A. Marron*

**THE LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone:    (619) 696-9006
Facsimile:     (619) 564-6665
Email:  *ron@consumersadvocates.com*

**ELLIOT LAW OFFICE, PC**
DAVID ELLIOT (270381)
2028 Third Avenue
San Diego, CA 92101
Telephone:    (619) 468-4865
*Counsel for Plaintiff and the Proposed Class*